EDWARD D. TAUSSIG, Appellant, *v.* CARNEGIE TRUST COMPANY et al., Respondents.

*Taussig* v. *Carnegie Trust Co.,* 156 App. Div. 519, affirmed.
(Argued October 12, 1914; decided November 10, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 26, 1913, affirming a judgment in favor

of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action to establish a right to preference in payment of money due plaintiff from defendant an insolvent trust company.

*Charles A. Taussig* for appellant.

*Joseph A. Kellogg, Frank M. Patterson* and *George A. Blauvelt* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: WERNER, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ. Not voting: HISCOCK, J.